HEATHER APPLETON (SBN 162283)
happleton@appletonlg.com
**APPLETON LAW GROUP, APC**
2041 Rosecrans Avenue, Suite 380
El Segundo, California 90245
Telephone: (310) 474-7022
Facsimile: (310) 474-7023

Attorneys for Plaintiff
NATASHA SCOGGINS

LARA DE LEON (SBN 270252)
ldeleon@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles, California 90067
Telephone: (310) 909-7775
Facsimile: (424) 465-6630

Attorneys for Defendant
RYDER INTEGRATED LOGISTICS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NATASHA SCOGGINS,<br><br>                Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware corporation; RYDER SYSTEM, INC., a corporation of unknown jurisdiction; RYDER SYSTEMS, INC., a corporation of unknown jurisdiction; and DOES 1 through 50,<br><br>                Defendants. | Case No. 5:21-cv-00076-JWH-KK<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>**[PROPOSED] ORDER filed concurrently herewith**<br><br>DISCOVERY CUT-OFF: 12/10/2021<br>MSJ HRG. CUT-OFF:  2/18/2022<br>TRIAL DATE:           4/18/2022 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff NATASHA SCOGGINS, through her designated counsel, and Defendant RYDER INTEGRATED LOGISTICS, INC., through its designated counsel, stipulate to

1 | dismiss the entire action with prejudice as to all parties, with each side to bear her or
2 | its own costs and attorneys' fees.

4 | Date: November 8, 2021        **APPLETON LAW GROUP, APC**

                                  By: _____
                                  Heather Appleton
                                  Attorneys for Plaintiff
                                  NATASHA SCOGGINS

10 | Date: November 8, 2021        **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

                                   By: _____
                                   Lara De Leon, Esq.
                                   Attorneys for Defendant
                                   RYDER INTEGRATED LOGISTICS, INC.