HEATHER APPLETON (SBN 162283)
happleton@appletonlg.com
**APPLETON LAW GROUP, APC**
2041 Rosecrans Avenue, Suite 380
El Segundo, California  90245
Telephone:  (310) 474-7022
Facsimile:  (310) 474-7023

Attorneys for Plaintiff
NATASHA SCOGGINS

LARA DE LEON (SBN 270252)
ldeleon@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles, California 90067
Telephone:  (310) 909-7775
Facsimile:  (424) 465-6630

Attorneys for Defendant
RYDER INTEGRATED LOGISTICS, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NATASHA SCOGGINS,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware corporation; RYDER SYSTEM, INC., a corporation of unknown jurisdiction; RYDER SYSTEMS, INC., a corporation of unknown jurisdiction; and DOES 1 through 50,<br><br>　　　　　　　Defendants. | Case No. 5:21-cv-00076-JWH-KKx<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br><br><br>DISCOVERY CUT-OFF: 12/10/2021<br>MSJ HRG. CUT-OFF:　　2/18/2022<br>TRIAL DATE:　　　　　4/18/2022 |

1  Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and the
2  parties' Stipulation, the above-captioned matter is **DISMISSED with prejudice**.
3  Each side to bear her or its own costs and attorneys' fees.
4  **IT IS SO ORDERED.**

6  DATE: November 9, 2021



John W. Holcomb
United States District Judge